**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STRUCTURES OF GEORGIA LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 1:24-CV-45 (LAG) |
| | : | |
| SAUER INC. and FEDERAL INSURANCE COMPANY, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff United Structures of Georgia LLC filed a Complaint in the above-captioned matter on April 2, 2024. (Doc. 1). Summons were issued as to both Defendants on April 3, 2024, but neither Defendant was served. (Doc. 2). On July 9, 2024, this Court ordered Plaintiff to show cause in writing within fourteen days why this case should not be dismissed for failure to timely serve. (Doc. 4). Plaintiff was advised that "[f]ailure to respond to [the] Order will result in a dismissal without prejudice and without further notice." (*Id.*). On July 23, 2024, Plaintiff responded to the Court's Order. (Doc. 5). Therein, Plaintiff represented that "[d]uring discussions with Defendant Sauer['s] [] counsel, Plaintiff's counsel determined that the case is proper to be transferred to the Middle District of Florida." (*Id.* at 1). Plaintiff requested that "the Court not dismiss the action and allow Plaintiff thirty (30) days to obtain Florida counsel, transfer the case . . . , and then serve the Defendants." (*Id.*). Since then, Plaintiff has not filed a motion to transfer this case or properly served the Defendants. Accordingly, Plaintiff's Complaint is **DISMISSED without prejudice**.

**SO ORDERED**, this 25th day of February, 2025.

/s/ Leslie A. Gardner

**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**