IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STRUCTURES OF GEORGIA LLC,<br>　　　　　Plaintiff,<br>v.<br><br>SAUER INC. and FEDERAL INSURANCE COMPANY,<br>　　　　　Defendants.<br>_____ | *<br><br>*<br>Case No.1:24-CV-45 (LAG)<br>*<br><br>*<br><br>* |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 25, 2025 and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 25th day of February, 2025.

　　　　　　　　　　　　　　　　　　　　David W. Bunt, Clerk


　　　　　　　　　　　　　　　　　　　　s/ Michelle Paschal, Deputy Clerk